IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00461–KMT

DAWN CANFIELD,

      Plaintiff,

v.

DOUGLAS COUNTY, a public entity,
DOUGLAS COUNTY DEPARTMENT OF HUMAN SERVICES,
VALERIE ELSON, individual and official capacity,
LESA ADAME, individual and official capacity,
CHERYL CAPLECHA, individual and official capacity,
TRACY MUDGET, individual and official capacity,
KRISTINE JOHNSON, individual and official capacity,
NICOLE BECHT, individual and official capacity,
PATRICK SWEENEY, individual and official capacity,
SHERRY HANSEN, individual and official capacity, and
DOES 1 through 10, inclusive

      Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Motion for Leave to Amend the Complaint" (Doc. No. 58, filed July 24, 2014) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file the "Second Amended Complaint and Jury Demand" (Doc. No. 58-1). The "Motion to Dismiss" (Doc. No. 31) remains pending and will be applied to the Second Amended Complaint.

Dated: July 28, 2014