**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00461-KMT

DAWN CANFIELD,

    Plaintiff,

v.

DOUGLAS COUNTY, a public entity
DOUGLAS COUNTY DEPARTMENT OF HUMAN SERVICES,
VALERIE ELSON, individual and official capacity
LESA ADAME, individual and official capacity
CHERYL CAPLECHA, individual and official capacity
TRACY MUDGET, individual and official capacity
KRISTINE JOHNSON, individual and official capacity
NICOLE BECHT, individual and official capacity
PATRICK SWEENEY, individual and official capacity
SHERRY HANSEN, individual and official capacity, and
DOES 1 through 10, inclusive

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order #[72] of Magistrate Judge Kathleen M. Tafoya entered on December 16, 2014 it is

ORDERED that Defendants' "Motion to Dismiss" (Doc. No. 31) is GRANTED.  It is further

ORDERED that Plaintiff's First Claim for Relief, asserting constitutional violations, is dismissed with prejudice.  It is further

ORDERED that Plaintiff's remaining Colorado tort claims are dismissed without

prejudice. It is further

ORDERED that judgment shall enter in favor of the defendants and against the plaintiff.  It is further

ORDERED that the defendants are awarded their costs to be taxed by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is CLOSED.

Dated at Denver, Colorado this 16th day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   L. Galera

Deputy Clerk